**VAN–057** Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Marlene Venable
 *( debtor has no known aliases )*
44 Westfield Ct
Clayton, NC 27527

CASE NO.: 25–02399–5–DMW

DATE FILED: June 24, 2025

CHAPTER: 7

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:      Tuesday, September 9, 2025
TIME:      09:30 AM
PLACE:     300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

 Motion for Relief from Stay filed by Eudora F. S. Arthur on behalf of United Bank

and to transact all other business as may properly come before the court.

The automatic stay shall remain in effect until the date of the hearing.

DATED: August 25, 2025

Stephanie J. Butler
Clerk of Court