

**SO ORDERED.**

**SIGNED this 30 day of September, 2025.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

```
----------------------------------------------------- x
In re:                                                :
                                                      :    Chapter 7
MARLENE VENABLE,                                      :
                                                      :    Case No.: 25-02399-5-DMW
                                        Debtor.       :
                                                      :
----------------------------------------------------- x
```

### ORDER GRANTING UNITED BANK'S MOTION
### FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of United Bank's Motion for Relief from Automatic Stay (the "Motion") and any objection to the Motion; and after due deliberation thereon; and good cause having been shown and found; it is, by the United States Bankruptcy Court for the Eastern District of North Carolina, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 is hereby terminated to permit United Bank to exercise its rights and remedies under applicable non-bankruptcy under the

Consumer Loan Agreement executed by Debtor in favor of United Bank in the principal amount of $53,001.93 for the financed purchase of one (1) 2017 Mercedes Benz S-Class, VIN No. WDDUG8FB8HA323194 (the "Vehicle") and in accordance with applicable state law; and it is further

**ORDERED**, that United Bank is permitted to apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness due and owing United Bank, including principal, interest, late fees, attorneys' fees, and costs as allowed by the Loan and applicable law; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the subject matter of this Order and to enforce the provisions set forth herein; and it is further

**ORDERED**, that the fourteen-day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

END OF DOCUMENT